570 A.2d 948

LISA BRESEMANN v. RICHARD D. JACOBS, M.D.,
PHILIP COHEN, M.D., ET AL.

October 2, 1989.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the petition for certification is dismissed.

570 A.2d 948

CONSTANCE L. PAUL v. ROBERT A. PAUL.

October 3, 1989.

Petition for certification denied.

570 A.2d 948

STATE OF NEW JERSEY, IN THE INTEREST OF
D.G., A JUVENILE.

October 3, 1989.

Petition for certification denied.

570 A.2d 948

SUZETTE A. LEVY, ETC., ET AL. v. AETNA CASUALTY AND
SURETY COMPANY, ET AL.

October 3, 1989.

Petition for certification denied.